IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BB SYNDICATION SERVICES, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-195-wmc

FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant First American Title Insurance Company granting its motion for partial summary judgment that it had no duty to indemnify plaintiff, BB Syndication Services, Inc. for losses suffered because of liens asserted against the West Edge property.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff BB Syndication Services, Inc. granting its motion for partial summary judgment that defendant First American Title Insurance Company breached its duty to defend and awarding attorneys' fees and costs in the amount of $207,339.98.

| /s/ | 716/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |